ORIGINAL

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0065

L. CRAIG SEMENZA,

        Plaintiff and Appellant,

v.

HOLLISTER A. LARSON, et at., and
HOLLY JEAN LARSON, both individually and
collectively d/b/a FIRST & MAIN BUILDING,

        Defendants and Appellees.

FILED

SEP 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Plaintiff and Appellant L. Craig Semenza *pro se* has filed a motion and prays for the extension of time of two (2) weeks within which to file his opening brief.

Upon consideration of Plaintiff's and Appellant's motion and prayed for the extension of time,

IT IS HEREBY ORDERED that Plaintiff's and Appellant's motion and prayed for extension of time of two (2) weeks is GRANTED. Plaintiff and Appellant has until September 26, 2022, within which to file his opening brief.

DATED this 13 day of September, 2022.

For the Court,

_____
Chief Justice